CO-386-online
10/03

# United States District Court
# For the District of Columbia

Sachs Electric Company )
)
)
)
vs   Plaintiff )   Civil Action No. _____
)
United States Fidelity and Guaranty )
Company )
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Sachs Electric Company  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Sachs Electric Company  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Signature_

471812
BAR IDENTIFICATION NO.

Seth A. Robbins
Print Name

2620 P Street NW
Address

Washington    DC    20007
City          State    Zip Code

(202) 822-8838
Phone Number