U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

District of Columbia /f/u/b/o/ Sachs Electric Company

vs.

United States Fidelity and Guaranty Company

No. 1:08-CV-00004 JBD

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, VINCENT A. PIAZZA, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; Complaint on Payment Bond; and Exhibits in the above entitled case, hereby depose and say:

That my date of birth / age is 08-29-1969.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:10 pm on January 18, 2008, I served United States Fidelity and Guaranty Company c/o Corporation Service Company, Registered Agent at 1090 Vermont Avenue, NW, Suite 430, Washington, DC 20005 by serving Renee Rice, Team Leader, authorized to accept. Described herein:

    SEX-    FEMALE
    AGE-    38
    HEIGHT- 5'10"
    HAIR-   BROWN
    WEIGHT- 180
    RACE-   BLACK

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  1/18/08
             Date

VINCENT A. PIAZZA
1827 18th Street, NW
Washington, DC 20009
Our File#- 199767

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SACHS ELECTRIC COMPANY

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES FIDELITY AND
GUARANTY COMPANY

Case: 1:08-cv-00004
Assigned To : Bates, John D.
Assign. Date : 1/2/2008
Description: Contract

TO: (Name and address of Defendant)

SERVE:
United States Fidelity and Guaranty Company
Lawrence H. Mirel
Commissioner of Insurance
810 First Street, NE, Suite 701
Washington, DC 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seth A. Robbins
Quagliano & Seeger, P.C.
2620 P Street, N.W.
Washington, D.C. 20007

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          JAN - 2 2008
CLERK                             DATE

_(signature)_
(By) DEPUTY CLERK