IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA f/u/b/o SACHS ELECTRIC COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>    Defendant. | Case No. 1:08-cv-00004-JDB |

**STIPULATION OF PLAINTIFF TO EXTENSION OF TIME FOR FILING OF DEFENDANT'S ANSWER**

COMES NOW, Plaintiff District of Columbia f/u/b/o Sachs Electric Company, by and through its counsel Quagliano & Seeger, P.C., stipulates and agrees that the defendant should have an extension of time to and including March 8, 2008, in which to answer or otherwise respond to the Complaint in this action.

**Dated:  February 7, 2008**          Respectfully submitted,

                                           **QUAGLIANO & SEEGER, P.C.**

                                        ___/s/ Seth A. Robbins_____
                                        Seth A. Robbins, Bar No.:  471812
                                        2620 P Street, NW
                                        Washington, DC 20007
                                        Tel. (202) 822-8838
                                        Fax. (202) 822-6982
                                        e-mail:  Robbins@quagseeg.com
                                        **Counsel for Plaintiff**
                                        **District of Columbia f/u/b/o**
                                        **Sachs Electric Company**