IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA f/u/b/o SACHS ELECTRIC COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>    Defendant. | Case No. 1:08-cv-00004-JDB |

**STIPULATION OF PLAINTIFF TO EXTENSION OF TIME FOR FILING OF DEFENDANT'S ANSWER**

COMES NOW, Plaintiff District of Columbia f/u/b/o Sachs Electric Company, by and through its counsel Quagliano & Seeger, P.C., stipulates and agrees that the defendant should have an extension of time to and including March 24, 2008, in which to answer or otherwise respond to the Complaint in this action.

**Dated:  February 21, 2008**                Respectfully submitted,

                                                     **QUAGLIANO & SEEGER, P.C.**

                                                     ___/s/ Seth A. Robbins_____
                                                     Seth A. Robbins, Bar No.:  471812
                                                     2620 P Street, NW
                                                     Washington, DC 20007
                                                     Tel. (202) 822-8838
                                                     Fax. (202) 822-6982
                                                     e-mail:  Robbins@quagseeg.com
                                                     **Counsel for Plaintiff**
                                                     **District of Columbia f/u/b/o**
                                                     **Sachs Electric Company**