IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA f/u/b/o SACHS ELECTRIC COMPANY**,<br><br>    Plaintiff,<br><br>v.<br><br>**UNITED STATES FIDELITY AND GUARANTY COMPANY**<br><br>    Defendant. | Case No. 1:08-cv-0004-JDB |

**CONSENT MOTION FOR EXTENTION OF TIME
TO FILE DEFENDANT'S RESPONSIVE PLEADINGS**

COMES NOW, Plaintiff District of Columbia f/u/b/o Sachs Electric Company ("Sachs"), by and through its counsel Quagliano & Seeger, P.C., pursuant to the Federal Rules of Civil Procedure, Rule 6(b), and with the consent of Defendant United States Fidelity and Guaranty Company ("USF&G"), respectfully requests that this Court extend the time for USF&G to file its responsive pleading until May 23, 2008. In support of this Motion, Sachs states as follows:

1.  Under the District of Columbia Little Miller Act, DC Code §2-305.4 *et seq.,* on January 2, 2008, Sachs filed this action to recover alleged monies due and owing for work performed at the Bryant Street Pumping Station (the "Project").

2.  The Complaint was served on USF&G on January 18, 2008, and the deadline for USF&G to file a pleading in response to the Complaint was February 7, 2008 [Docket Entry #3].

3.  On February 7, 2008, the parties stipulated to allow USF&G an extension of time to and including March 8, 2008, to file a pleading in response to the Complaint. [Docket Entry #4].

4. On February 7, 2008, pursuant to the parties' stipulation, the Honorable John D. Bates Ordered that the Defendant shall answer or otherwise respond to the Complaint by March 10, 2008. [Docket Entry #5].

5. On February 21, 2008, the parties stipulated to allow USF&G an extension of time to and including March 24, 2008, to file a pleading in response to the Complaint. [Docket Entry #6].

6. On February 22, 2008, pursuant to the parties stipulation, the Honorable John D. Bates Ordered that the Defendant shall answer or otherwise respond to the Complaint by March 24, 2008.

7. In part, Sachs filed this action on January 2, 2008, to preserve its cause of action under the DC Little Miller Act[1].

8. Prior to and subsequent to filing the instant action, Sachs, USF&G and the general contractor, Whiting-Turner Contracting Company ("Whiting-Turner") have exchanged information on an informal basis to see whether this litigation can be resolved consensually.

9. Because this action includes complex allegations that may include pass thru claims against the Project's owner, District of Columbia Water and Sewer Authority ("WASA"), the parties are working diligently to efficiently prosecute the same.

10. Accordingly, in the interest of judicial economy, Sachs respectfully requests that the deadline for USF&G to file its responsive pleading be extended to and including May 23, 2008.

11. Neither party will be prejudiced by an extension of the date for USF&G's responsive pleading.

---

[1] Under Dc Code §2-305.06(d), Sachs is required to bring institute suit within 1 year from the date final labor was performed at the Project.

12.     Good cause exists to extend the date for USF&G's responsive pleading. *In re Vitamins Antitrust Class Action*, 327 F.3d 1207, 1209 (D.C. Cir. 2003) (Good cause exists where there is no danger of prejudice to either party, the delay will cause no adverse impact on judicial proceedings, there is a valid reason for the delay and the parties are acting in good faith).

13.     USF&G consents to this request.[2]

WHEREFORE, the Sachs Electric Company respectfully requests that this Court extend time for Defendant to answer, move or otherwise respond to the Complaint through and including May 23, 2008.

**Dated: March 21, 2008**                          Respectfully submitted,

**QUAGLIANO & SEEGER, P.C.**

   /s/ *Seth A. Robbins*
Seth A. Robbins, Bar No.: 471812
2620 P Street, NW,
Washington, DC 20007
Tel. (202) 822-8838
Fax. (202) 822-6982
e-mail: Robbins@quagseeg.com
**Counsel for Plaintiff
District of Columbia f/u/b/o
Sachs Electric Company**

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the Motion was sent by first class mail, postage pre-paid, and electronic mail, on March 21, 2008, to:

Michael A. Branca, Esq.,
PECKAR & ABRAMSON, P.C.
Two Lafayette Center,
1133 21st Street, NW,
Suite 500,
Washington, DC 20036.

---

[2] In consenting to this Motion, USF&G is not admitting that the DC Little Miller Act applies in this case.

3

4

**Counsel for Defendant**
**United States Fidelity and Guaranty Company**


\_\_\_/s/ *Seth A. Robbins*\_\_\_
Seth A. Robbins

Case 1:08-cv-00004-JDB   Document 6   Filed 03/21/2008   Page 4 of 4

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA f/u/b/o SACHS ELECTRIC COMPANY**,<br><br>       Plaintiff,<br><br>v.<br><br>**UNITED STATES FIDELITY AND GUARANTY COMPANY**<br><br>       Defendant. | Case No. 1:08-cv-0004-JDB |

**CONSENT ORDER FOR EXTENTION OF TIME
TO  FILE DEFENDANT'S RESPONSIVE PLEADINGS**

Based upon the Consent Motion and agreement between Plaintiff District of Columbia f/u/b/o Sachs Electric Company ("Plaintiff") and Defendant United States Fidelity and Guaranty Company ("Defendant"), and for good cause, it is hereby,

**ORDERED** that the time for Defendants to file its answer, move or otherwise respond to the Plaintiff's Complaint shall be extended until May 23, 2008.

DATED:

_____
Judge John D. Bates

Copies to:

| | |
|---|---|
| Seth A. Robbins, Esq,<br>QUAGLIANO & SEEGER, P.C.<br>2620 P Street, NW,<br>Washington, DC 20007<br>**Counsel for Plaintiff**<br>**District of Columbia f/u/b/o**<br>**Sachs Electric Company** | Michael A. Branca, Esq.<br>PECKAR & ABRAMSON, P.C.<br>1133 21st Street, NW, Suite 500<br>Washington, DC 20036<br>**Counsel for Defendant**<br>**United States Fidelity and**<br>**Guaranty Company** |