IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA f/u/b/o SACHS ELECTRIC COMPANY**,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**UNITED STATES FIDELITY AND GUARANTY COMPANY**<br><br>　　　　Defendant. | Case No. 1:08-cv-0004-JDB |

**CONSENT MOTION FOR EXTENTION OF TIME
TO FILE DEFENDANT'S RESPONSIVE PLEADINGS**

　　　　Defendant United States Fidelity and Guaranty Company ("USF&G"), by and through its counsel, pursuant to the Federal Rules of Civil Procedure, Rule 6(b), and with the consent of Plaintiff District of Columbia f/u/b/o Sachs Electric Company ("Sachs"), respectfully requests that this Court extend the time for USF&G to file its responsive pleading until June 27, 2008. In support of this Motion, USF&G states as follows:

　　　　1.　　　　Under the District of Columbia Little Miller Act, DC Code §2-305.4 *et seq.,* on January 2, 2008, Sachs filed this action to recover alleged monies due and owing for work performed at the Bryant Street Pumping Station (the "Project").

　　　　2.　　　　The Complaint was served on USF&G on January 18, 2008, and the deadline for USF&G to file a pleading in response to the Complaint was February 7, 2008 [Docket Entry #3].

　　　　3.　　　　On February 7, 2008, the parties stipulated to allow USF&G an extension of time to and including March 8, 2008, to file a pleading in response to the Complaint. [Docket Entry #4].

4. On February 7, 2008, pursuant to the parties' stipulation, the Honorable John D. Bates Ordered that the Defendant shall answer or otherwise respond to the Complaint by March 10, 2008. [Docket Entry #5].

5. On February 21, 2008, the parties stipulated to allow USF&G an extension of time to and including March 24, 2008, to file a pleading in response to the Complaint. [Docket Entry #6].

6. On February 22, 2008, pursuant to the parties stipulation, the Honorable John D. Bates Ordered that the Defendant shall answer or otherwise respond to the Complaint by March 24, 2008.

7. On March 21, 2008, a consent motion was filed requesting that USF&G be granted an extension of time to and including May 23, 2008, to filing a pleading in response to the Complaint.

8. On March 21, 2008, the Honorable John D. Bates entered an order granting the consent motion and extending the time for responding to the Complaint to May 23, 2008.

9. In part, Sachs filed this action on January 2, 2008, to preserve its cause of action under the D.C. Little Miller Act.[1]

10. Prior to and subsequent to filing the instant action, Sachs, USF&G and the general contractor, Whiting-Turner Contracting Company ("Whiting-Turner") have exchanged information on an informal basis to see whether this litigation can be resolved amicably.

---

[1] Under D.C. Code §2-305.06(d), Sachs is required to bring institute suit within 1 year from the date final labor was performed at the Project. USF&G does not admit that the D.C. Little Miller Act applies in this case.

2

11.     Because this action includes complex allegations that may include pass through claims against the Project's owner, District of Columbia Water and Sewer Authority ("WASA"), the parties are working diligently to efficiently prosecute the same.

12.     Accordingly, in the interest of judicial economy, USF&G respectfully requests that the deadline for USF&G to file its responsive pleading be extended to and including June 27, 2008.

13.     Neither party will be prejudiced by an extension of the date for USF&G's responsive pleading.

14.     Good cause exists to extend the date for USF&G's responsive pleading. *In re Vitamins Antitrust Class Action*, 327 F.3d 1207, 1209 (D.C. Cir. 2003) (Good cause exists where there is no danger of prejudice to either party, the delay will cause no adverse impact on judicial proceedings, there is a valid reason for the delay and the parties are acting in good faith).

15.     Sachs consents to this request.

WHEREFORE, USF&G respectfully requests that this Court extend time for it to answer, move or otherwise respond to the Complaint through and including June 27, 2008.

**Dated: May 21, 2008**                    Respectfully submitted,

          _/s/ William W. Thompson_____
William W. Thompson, Jr., Esq.
Michael A. Branca, Esq.
PECKAR & ABRAMSON, P.C.
Two Lafayette Center
1133 21st Street, NW, Suite 500
Washington, D.C. 20036.
**Counsel for Defendant**
**United States Fidelity and Guaranty Company**

3

**Seen and consented to:**

___/s/ *Seth A. Robbins*_____
Seth A. Robbins, Bar No.: 471812
Quagliano & Seeger, P.C.
2620 P Street, NW
Washington, D.C. 20007
Tel. (202) 822-8838
Fax. (202) 822-6982
E-mail: Robbins@quagseeg.com
**Counsel for Plaintiff District of Columbia**
**f/u/b/o Sachs Electric Company**

### CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to the following and which will also be sent by mail:

> Seth A. Robbins, Esq.
> Quagliano & Seeger, P.C.
> 2620 P Street, NW
> Washington, D.C. 20007
> Robbins@quagseeg.com

___/s/ *William W. Thompson*_____
William W. Thompson, Jr. Esq.
Michael A. Branca, Esq.
PECKAR & ABRAMSON, P.C.
Two Lafayette Center
1133 21st Street, NW, Suite 500
Washington, D.C. 20036.
**Counsel for Defendant**
**United States Fidelity and**
**Guaranty Company**

4

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA f/u/b/o SACHS ELECTRIC COMPANY**,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES FIDELITY AND GUARANTY COMPANY**<br><br>Defendant. | Case No. 1:08-cv-0004-JDB |

**CONSENT ORDER FOR EXTENTION OF TIME**
**TO  FILE DEFENDANT'S RESPONSIVE PLEADINGS**

Based upon the Consent Motion of Defendant United States Fidelity and

Guaranty Company ("USF&G") and Plaintiff District of Columbia f/u/b/o Sachs Electric

Company ("Sachs") and, and for good cause, it is hereby,

**ORDERED** that the time for USF&G to file its answer, move or otherwise

respond to the Sachs's Complaint shall be extended until June 27, 2008.


DATED:

_____
Judge John D. Bates

Copies to:

Seth A. Robbins, Esq,
QUAGLIANO & SEEGER, P.C.
2620 P Street, NW,
Washington, DC 20007
**Counsel for Plaintiff**
**District of Columbia f/u/b/o**
**Sachs Electric Company**

William W. Thompson, Jr., Esq.
Michael A. Branca, Esq.
PECKAR & ABRAMSON, P.C.
1133 21st Street, NW, Suite 500
Washington, DC 20036
**Counsel for Defendant**
**United States Fidelity and**
**Guaranty Company**