IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA f/u/b/o SACHS ELECTRIC COMPANY**,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**UNITED STATES FIDELITY AND GUARANTY COMPANY**<br><br>　　　　Defendant. | Case No. 1:08-cv-0004-JDB |

**CONSENT MOTION FOR EXTENTION OF TIME
TO FILE DEFENDANT'S RESPONSIVE PLEADINGS**

Plaintiff District of Columbia f/u/b/o Sachs Electric Company ("Sachs"), by and through its counsel, Quagliano & Seeger, P.C., pursuant to the Federal Rules of Civil Procedure, Rule 6(b), and with the consent of Defendant United States Fidelity and Guaranty Company ("USF&G"), respectfully requests that this Court extend the time for USF&G to file its responsive pleading until July 28, 2008.   In support of this Motion, Sachs states as follows:

　　　　1.　　Under the District of Columbia Little Miller Act, DC Code §2-305.4 *et seq.*, on January 2, 2008, Sachs filed this action to recover alleged monies due and owing for work performed at the Bryant Street Pumping Station (the "Project").

　　　　2.　　The Complaint was served on USF&G on January 18, 2008, and the deadline for USF&G to file a pleading in response to the Complaint was February 7, 2008 [Docket Entry #3].

　　　　3.　　On February 7, 2008, the parties stipulated to allow USF&G an extension of time to and including March 8, 2008, to file a pleading in response to the Complaint.  [Docket Entry #4].

4. On February 7, 2008, pursuant to the parties' stipulation, the Honorable John D. Bates Ordered that the Defendant shall answer or otherwise respond to the Complaint by March 10, 2008. [Docket Entry #5].

5. On February 21, 2008, the parties stipulated to allow USF&G an extension of time to and including March 24, 2008, to file a pleading in response to the Complaint. [Docket Entry #6].

6. On February 22, 2008, pursuant to the parties stipulation, the Honorable John D. Bates Ordered that the Defendant shall answer or otherwise respond to the Complaint by March 24, 2008.

7. On March 21, 2008, a consent motion was filed requesting that USF&G be granted an extension of time to and including May 23, 2008, to filing a pleading in response to the Complaint. [Docket Entry #6].

8. On March 21, 2008, the Honorable John D. Bates entered an order granting the consent motion and extending the time for responding to the Complaint to May 23, 2008.

9. On May 21, 2008, a consent motion was filed requesting that USF&G be granted an extension of time to and including May June 27, 2008, to filing a pleading in response to the Complaint. [Docket Entry #7].

10. On May 22, 2008, the Honorable John D. Bates entered an order granting the consent motion and extending the time for responding to the Complaint to June 27, 2008.

11. On June 27, 2008, a consent motion was filed requesting that USF&G be granted an extension of time to and including July 11, 2008, to filing a pleading in response to the Complaint. [Docket Entry #8].

12. On June 27, 2008, the Honorable John D. Bates entered an order granting the consent motion and extending the time for responding to the Complaint to July 11, 2008.

13. In part, Sachs filed this action on January 2, 2008, to preserve its cause of action under the D.C. Little Miller Act.[1]

14. Prior to and subsequent to filing the instant action, Sachs, USF&G and the general contractor, Whiting-Turner Contracting Company ("Whiting-Turner") have exchanged information on an informal basis to see whether this litigation can be resolved amicably.

15. Because this action includes complex allegations that may include pass through claims against the Project's owner, District of Columbia Water and Sewer Authority ("WASA"), the parties are working diligently to efficiently prosecute the same.

16. Accordingly, in the interest of judicial economy, Sachs respectfully requests that the deadline for USF&G to file its responsive pleading be extended to and including July 28, 2008.

17. Neither party will be prejudiced by an extension of the date for USF&G's responsive pleading.

18. Good cause exists to extend the date for USF&G's responsive pleading. *In re Vitamins Antitrust Class Action*, 327 F.3d 1207, 1209 (D.C. Cir. 2003) (Good cause exists where there is no danger of prejudice to either party, the delay will cause no adverse impact on judicial proceedings, there is a valid reason for the delay and the parties are acting in good faith).

19. USF&G consents to this request.

WHEREFORE, Sachs respectfully requests that this Court extend time for it to answer, move or otherwise respond to the Complaint through and including July 28, 2008.

---

[1] Under D.C. Code §2-305.06(d), Sachs is required to bring institute suit within 1 year from the date final labor was performed at the Project. USF&G does not admit that the D.C. Little Miller Act applies in this case.

**Dated: July 10, 2008**                    Respectfully submitted,

                                                               /s/ *Seth A. Robbins*
Seth A. Robbins, Bar No.: 471812
QUAGLIANO & SEEGER, P.C.
2620 P Street, NW
Washington, D.C. 20007
Tel. (202) 822-8838
Fax. (202) 822-6982
E-mail: Robbins@quagseeg.com
**Counsel for Plaintiff District of Columbia**
**f/u/b/o Sachs Electric Company**

**Seen and consented to:**

*/s/ Michael A. Branca*
Michael A. Branca, Esq.
PECKAR & ABRAMSON, P.C.
Two Lafayette Center
1133 21st Street, NW, Suite 500
Washington, D.C. 20036.
**Counsel for Defendant**
**United States Fidelity and Guaranty Company**

## CERTIFICATE OF SERVICE

I hereby certify that on the __10th__ day of July 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to the following which will also be sent by mail:

        Michael A. Branca, Esq.
        PECKAR & ABRAMSON, P.C.
        1133 21st Street NW, Suite 500
        Washington, DC 20036
        Phone: 202.293.8815
        Fax 202.293.7994
        mbranca@pecklaw.com
        **Counsel for Defendant United States Fidelity and Guaranty**
        **Company**

        /s/ *Seth A. Robbins*
Seth A. Robbins, Bar No.: 471812
QUAGLIANO & SEEGER, P.C.
2620 P Street, NW
Washington, D.C. 20007
Tel. (202) 822-8838
Fax. (202) 822-6982
E-mail: Robbins@quagseeg.com
**Counsel for Plaintiff District of Columbia f/u/b/o Sachs Electric Company**

5

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA f/u/b/o SACHS ELECTRIC COMPANY**,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES FIDELITY AND GUARANTY COMPANY**<br><br>Defendant. | Case No. 1:08-cv-0004-JDB |

**CONSENT ORDER FOR EXTENTION OF TIME**
**TO FILE DEFENDANT'S RESPONSIVE PLEADINGS**

Based upon the Consent Motion of Plaintiff District of Columbia f/u/b/o Sachs Electric Company ("Sachs") and Defendant United States Fidelity and Guaranty Company ("USF&G"), and, for good cause, it is hereby,

ORDERED that the time for USF&G to file its answer, move or otherwise respond to Sachs' Complaint shall be extended to July 28, 2008.


Dated: _____   _____
                                  Judge John D. Bates

Copies to:

Seth A. Robbins, Esq.
QUAGLIANO & SEEGER, P.C.
2620 P Street, NW
Washington, D.C. 20007
**Counsel for Plaintiff District of Columbia**
**f/u/b/o Sachs Electric Company**

Michael A. Branca, Esq.
PECKAR & ABRAMSON, P.C.
Two Lafayette Center
1133 21st Street, NW, Suite 500
Washington, D.C. 20036.
**Counsel for Defendant**
**United States Fidelity and Guaranty**
**Company**