# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA f/u/b/o** ) | |
| **SACHS ELECTRIC COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:08-cv-0004-JDB |
| ) | |
| **UNITED STATES FIDELITY AND** ) | |
| **GUARANTY COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff District of Columbia f/u/b/o Sachs Electric Company ("Sachs"), by and through its counsel, Quagliano & Seeger, P.C., and pursuant to the Federal Rule of Civil Procedure 41(a)(1), hereby provides notice that the above-captioned matter shall be voluntarily dismissed with prejudice.

Dated: July 28, 2008         Respectfully submitted,

*/s/ Seth A. Robbins*
_____
Seth A. Robbins, Bar No.: 471812
QUAGLIANO & SEEGER, P.C.
2620 P Street, NW,
Washington, DC 20007
Tel. (202) 822-8838
Fax. (202) 822-6982
E-mail: Robbins@quagseeg.com
**Counsel for Plaintiff District of Columbia**
**f/u/b/o Sachs Electric Company**

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing was sent by first class mail, postage pre-paid and electronic mail on July 28, 2008, to:

> Michael A. Branca, Esq.,
> PECKAR & ABRAMSON, P.C.
> Two Lafayette Center,
> 1133 21st Street, NW,
> Suite 500,
> Washington, DC 20036.
> **Counsel for Defendant**
> **United States Fidelity and Guaranty Company**

                      */s/ Seth A. Robbins*
                      _____
                      Seth A. Robbins